# EXHIBIT C

**PRINCE SOUTHERN**:

    Net pay - 40 hours    : $ 608.90    ( 40.75 hrs worked – 12/02/11 paycheck)

    Unemployment check    : $ 485.00

        Difference per wk    : $ 123.90    ( $ 536.90/ month)

CCI :

1. Consulting fee of    :   ___$6000 ( $500/month)_____

   Consult on a call in basis.

2. Keep cell phone for contact.

3. CCI will deduct medical premium of $21.16 weekly ($91.70/ month )

   CCI will pay balance of premium  (137.55/month)

4. Unreimbursed medical Balance: $364.63 – you can submit medical bills to accounting to be reimbursed up to this amount.

5. CCI does not contest unemployment. Eligible for 99 weeks of unemployment.

6. Vacation: can take 20 days between 11/30/11-11/30/12:

    Prorated, has earned 2 mos/12 mos x 20 days = 3.3 days

                    Taken =    6.0 days    ( no vacation ck)

7. Offer good for one Year ( 02/10/13)

                                            2-10-12